UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BJORN ERIK HAAPANIEMI,

Petitioner,

v.

WARDEN, FCC LOMPOC,

Respondent.

No.  2:26-cv-1075 CSK

ORDER

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 titled "Motion for Emergency Relief."  Petitioner argues that respondent refuses to release petitioner on his pre-release date due to petitioner's immigration detainer.  Petitioner also raises a claim challenging an incident report that allegedly added 41 days to his sentence.

Habeas corpus petitions filed by federal prisoners challenging the manner, location, or conditions of a sentence's execution must be brought pursuant to 28 U.S.C. § 2241 in the custodial court.  See Hernandez v. Campbell, 204 F.3d 861, 864 (9th Cir. 2000); see also United States v. Brugnara, 793 F. App'x 596, 596 (9th Cir. 2020) (finding that § 2241 petition challenging disciplinary proceeding and credit loss must be heard in custodial court).  Because petitioner's claims challenge the execution of his sentence, venue is proper in the district of confinement.  Petitioner is incarcerated at the Federal Correctional Center in Lompoc, County of

1

Santa Barbara, which lies in the Central District of California.

In the interest of justice, this court may transfer this action "to any other district where it might have been brought."  28 U.S.C. § 1404(a).  Therefore, in the interest of justice, this action will be transferred to the United States District Court for the Central District of California.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.  28 U.S.C. § 1406(a).

Dated:  March 25, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Haap1075.tra/2